# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–3 | User: bullockn | Date Created: 2/17/2021 |
| Case: 21–03008–KLP | Form ID: B250 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty        William F. Seymour, IV        wseymour@fgb.com
aty        William R. Baldwin, III        billbaldwin@comcast.net

TOTAL: 2