UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: ) | |
| ) | |
| **Lewis E. Wilkerson, Jr.,** ) | |
| ) | |
| Debtor ) | |
| ) | |
| ROBERT E. DIXON, ) | **Case Number: 20-34576-KLP** |
| Individually and Derivatively on behalf of ) | |
| D.E.R. LLC ) | Ch. 11 |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | Adversary Proceeding |
| LEWIS E. WILKERSON, JR. ) | |
| ) | No. 21-03008 - KLP |
| Defendant. ) | |

## ORDER OF CONTINUANCE

This day came the Defendant, Lewis E. Wilkerson, Jr., by counsel, and your Plaintiff, Robert E. Dixon, by counsel, and

WHEREAS the parties are in agreement that the trial scheduled for September 14, 2021 be continued, is hereby **ADJUDGED, ORDERED and DECREED** as follows:

1. Trial of this matter is continued to **October 27, 2021 at 11:00 a.m.** and **October 28, 2021 at 10:00 a.m.**

2. Discovery shall remain closed. Additional pretrial dates shall be calculated using the new trial date.

3. On or before **14 days prior to the Trial Date,** counsel for the parties shall file with the Clerk a list of proposed exhibits and the proposed exhibits. The exhibits shall be filed in accordance with the attached instructions which are hereby incorporated and made a part of this order.

4. Objections to any of the proposed exhibits shall be filed on or before 7 **days prior to the Trial Date.** Exhibits to which no timely objection has been made will stand as admitted into evidence.

5. Counsel for Plaintiff shall file a list of witnesses in accordance with Rule 7026(a)(3)(A) of the Federal Rules of Bankruptcy Procedure that Plaintiff intends to call to testify at trial on or before **14 days prior to the Trial Date;** and counsel for Defendant shall file a list of witnesses in accordance with Rule 7026(a)(3)(A) of the Federal Rules of Bankruptcy Procedure that Defendant intends to call at trial not later than **10 days prior to the Trial Date.** Counsel for Plaintiff may file a list of rebuttal witnesses on or before 7 **days prior to the Trial Date.**

ENTER: Sep 7 2021

/s/ Keith L Phillips
_____
**Hon. Keith L. Phillips, Judge**

Entered On Docket: Sep 7 2021

**I ask for this:**

   /s/      Robert A. Canfield_____
Robert A. Canfield, VSB No. 16901
Canfield Wells, LLP
4124 E. Parham Road
Richmond, VA 23228
Phone: (804) 673-6600
Fax: (804) 673-6604
Email: bob@cwkllp.com
*Counsel for Defendant*

**SEEN AND AGREED:**

   /s/      W.R. Baldwin, III (via E-mail dated 9.2.21)
W. R. Baldwin, III, Esq.
Meyer Baldwin, Long & Moore, LLP
5600 Grove Avenue, Richmond, VA 23226
Phone: (804) 285-3888
Fax: (804) 285-7779
Email: billbaldwin@mthblaw.com
*Co-Counsel for Plaintiff*

    /s/   William F. Seymour, IV (via E-mail dated 9.2.21)
William F. Seymour, IV, Esq.
FloranceGordonBrown, P.C.
1900 One James Street
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 697-5100
Fax: (804) 697-5159
Email:  wseymour@fgb.com
*Co-Counsel for Plaintiff*


Seen**:**


    /s/   Jason B. Shorter (via E-mail dated 9.2.21)
Jason B. Shorter, Trial Attorney
Shannon F. Pecoraro, Trial Attorney
Kathryn R. Montgomery, Assistant United States Trustee
Office of the US Trustee
701 E. Broad Street, Ste. 4304
Richmond, VA 23219