UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Lewis E. Wilkerson, Jr.** | ) | Case No. **20-34576-KLP** |
| | ) | |
| Debtor | ) | Chapter 11 |
| ------------------------------------------------- | ) | -------------------------------------------------- |
| ROBERT E. DIXON, | ) | |
| Individually and Derivatively on behalf of | ) | |
| D.E.R. LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| LEWIS E. WILKERSON, JR. , Debtor, | ) | No.  21- 03008- KLP |
| | ) | |
| Defendant | ) | |

## LIST OF TRIAL WITNESSES

Robert E. Dixon (the "Plaintiff" or "Mr. Dixon"), individually and derivatively on behalf

of DER LLC  provides the following list of witnesses for the trial of this case October 27, 2021:

1.      Robert E. Dixson

2.      Cynthia Dixon

3.      Tonya Futrell, CPA

4.      Lewis E. Wilkerson,, Jr.

5.      Any witness listed by the Defendant

Respectfully submitted,

ROBERT E. DIXON
Individually and Derivatively, Etc.

Dated: October 13, 2021          By:    /s/ W. R. Baldwin, III_____
Of Counsel

W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore  LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:    (804) 285-7779
Email:  billbaldwin@meyerbaldwin.com
ECF:  billbaldwin@comcast.net
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing pleading was served by the ECF procedures of this Court

October 13, 2021on all parties hereto subject to such procedures.

_____/s/ W. R. Baldwin, III

Mailed Copy:
Lewis E. Wilkerson, Jr.
PO Box 270
Keysville, VA 23947