UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Lewis E. Wilkerson, Jr.** | ) | Case No. **20-34576-KLP** |
| | ) | |
| Debtor | ) | Chapter 11 |
| | ) | |
| ROBERT E. DIXON, | ) | |
| Individually and Derivatively on behalf of | ) | |
| D.E.R. LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| LEWIS E. WILKERSON, JR., Debtor, | ) | No. 21-03008-KLP |
| | ) | |
| Defendant | ) | |

PLAINTIFF'S EXHIBITS AND DESCRIPTIONS

| Exhibit Number | Description |
|---|---|
| 1 | 2019 DER Income Tax Return |
| 2 | 2018 DER Financial Statements and Income Tax Return |
| 3 | 2017 DER Financial Statements and Income Tax Return |
| 4 | 2016 DER Financial Statements and Income Tax Return |
| 5 | 2015 DER Financial Statements and Income Tax Return |
| 6 | 2014 DER Financial Statements and Income Tax Return |
| 7 | 2013 DER Financial Statements and Income Tax Return |
| 8 | 2012 DER Financial Statements and Income Tax Return |
| 9 | 2011 DER Financial Statements and Income Tax Return |

| Exhibit Number | Description |
| --- | --- |
| 10 | 2019 DER Bank of Charlotte Cty Deposit Account Statements/Checks |
| 11 | 2018 DER Bank of Charlotte Cty Deposit Account Statements/Checks |
| 12 | 2017 DER Bank of Charlotte Cty Deposit Account Statements/Checks |
| 13 | 2016 DER Bank of Charlotte Cty Deposit Account Statements/Checks |
| 14 | 2015 DER Bank of Charlotte Cty Deposit Account Statements/Checks |
| 15 | 2014 DER Bank of Charlotte Cty Deposit Account Statements/Checks |
| 16 | Internal Revenue Service Tax Liens Against DER LLC |
| 17 | Expert Report of Tanya D. Futtrell, CPA (Document 12) |
| 18 | Organization of DER LLC with Virginia SCC |
| 19 | Key Truck Check $133,000 to DER LLC dtd 8-30-18 |
| --- | Any of Defendant's Exhibits |

Respectfully submitted,

ROBERT E. DIXON
Individually and Derivatively, Etc.

Dated: October 13, 2021    By:   /s/W. R. Baldwin,III
                                      Of Counsel

W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore  LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:     (804) 285-7779
Email:  billbaldwin@meyerbaldwin.com
ECF:  billbaldwin@comcast.net
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing pleading was served by the ECF procedures of this Court October 13, 2021on all parties hereto subject to such procedures.

/s/ W. R. Baldwin, III

Mailed Copy:
Lewis E. Wilkerson, Jr.
PO Box 270
Keysville, VA 23947