UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Lewis E. Wilkerson, Jr.** | ) | Case No. **20-34576-KLP** |
| | ) | |
| Debtor | ) | Chapter 11 |
| ------------------------------------------------ | ) | ------------------------------------------------ |
| ROBERT E. DIXON, | ) | |
| Individually and Derivatively on behalf of | ) | |
| D.E.R. LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| LEWIS E. WILKERSON, JR. , Debtor, | ) | No.  21- 03008- KLP |
| | ) | |
| Defendant | ) | |

## ORDER OF CONTINUANCE

This day came the Plaintiff, Robert E. Dixon, individually and derivatively and moved the Court for the entry of an order continuing the trial dates for this case, presently scheduled for October 27 and 28, 2021, to new dates agreeable with the Court and the parties. The Plaintiff represents that  counsel for the Defendant consents to this relief.

In consideration of the motion and the consent of the parties it is ORDERED, that trial of this case is continued from October 27 and 28, 20201 to _____ and _____.

Date: _____          _____
                                                          U.S. Bankruptcy Judge

Entered on Docket: _____

I ask for this:


_____/s/ W. R. Baldwin, III_____
W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore  LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:     (804) 285-7779
Email:  billbaldwin@meyerbaldwin.com
ECF:  billbaldwin@comcast.net
Co-Counsel for the Plaintiff