# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**
William R. Baldwin, III
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA 23226-2102

**In re:** Lewis E. Wilkerson, Jr. **Case Number** 20-34576-KLP
**Chapter** 11
**Adversary Proceeding Number 21-03008-KLP**

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*29* – Motion to Amend (Re: related document(s)12 Report of Expert filed by Robert E. Dixon) filed by William R. Baldwin III of Meyer Baldwin Long & Moore LLP on behalf of Robert E. Dixon. (Attachments: # 1 Exhibit(s) Motion Exhibit A – Tonya Futrell August 6, 2021 Expert Witness Report # 2 Exhibit(s) Motion Exhibit B – Exhibit a to August 6, 2021 Expert Witness Report # 3 Exhibit(s) Motion Exhibit C – Exhibit b to August 6, 2021 Expert Witness Report # 4 Exhibit(s) Motion Exhibit D – Exhibit c to August 6, 2021 Expert Witness Report # 5 Exhibit(s) Motion Exhibit E – Exhibit d to August 6, 2021 Expert Witness Report) (Baldwin, William)

**REQUIREMENTS OF FORM/PROCESS:**

- Not accompanied by "Request for Waiver to File by Flash Drive or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by flash drive or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
- Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*
- 

**MOTION FOR EXPEDITED HEARING [LBR 9013-1(N)]:**

- Not accompanied by Certification Regarding Request for Expedited Hearing*.
- 

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

- Not accompanied by proof of service indicating service of motion upon parties required to be served.
- Notice as required by LBR 4001(a)-1(C) not clearly stated or conspicuously provided in motion.
- Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.
- 

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

- **X**  Official Form 420A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
- Official Form 420B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.
- A hearing is required on the referenced motion. As the moving party, you are responsible for setting the matter for hearing.
- The Court has determined that the date, time, and/or location in the Notice of Hearing is either omitted, incorrect, or does not comply with the applicable rules. At the direction of the Court, the hearing will not appear on the Court docket.
- The Court has determined that the date, time, and/or location in the Notice of Hearing related to the Amended Motion is either omitted, incorrect, or does not comply with the applicable rules. At the direction of the Court, neither the hearing on the Original or the Amended Motion will appear on the Court docket.
- Notice of Hearing/Response not properly linked to Motion/Application/Objection
-

**MOTION TO RESTRICT PUBLIC ACCESS TO SENSITIVE CASE INFORMATION:**

▁ Proposed redacted document not previously filed or not filed as a separate attachment to the motion
▁ Motion does not state the docket or proof of claim number of the previously filed document sought to be restricted.
▁

*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   January 10, 2022                           CLERK, UNITED STATES BANKRUPTCY COURT

                                                  By /s/ Nathaniel Bullock, Deputy Clerk
[igmotionvMarch2021.jsp]                          Direct Dial Telephone No. (804) 916−2428