# Notice Recipients

District/Off: 0422–3 | User: bullockn | Date Created: 1/10/2022
Case: 21–03008–KLP | Form ID: igmoti21 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty    William R. Baldwin, III    billbaldwin@comcast.net

TOTAL: 1