# DIXON v. WILKERSON
## <u>EXHIBIT A</u>

# Freight Payment Calculations Performed by Dawn Wilkerson



FILED
2022 MAR 21  PM 2: 52
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

FREIGHT FOR NOVEMBER 10, 2017 TRU DECEMBER 22,2017
RATE $.11 PER MILE/PER TON

| PAY DATE | TONNAGE | PAY AMOUNT |
|---|---|---|
| 11/10/2017 | 6,271.99 | $42,843.57 |
| 11/17/2017 | 11,013.52 | $36,996.54 |
| 11/24/2017 | 6,057.57 | $43,425.79 |
| 12/1/2017 | 4,582.11 | $34,313.27 |
| 12/8/2017 | 6,507.14 | $40,152.18 |
| 12/15/2017 | 5,228.91 | $40,052.28 |
| 12/22/2017 | 5,919.59 | $29,832.06 |
| TOTAL WEEKS | TOTAL TONNAGE | TOTAL PAY AMOUNT |
| 7 | 45,580.83 | $267,615.69 |

FREIGHT FOR JANUARY TRU DECEMBER 2018
RATE $.13 PER MILE/PER TON FOR JANUARY 2018 TRU JULY 2018
RATE $.10 PER MILE/PER TON FOR AUGUST 2018 TRU DECEMBER 2018

| PAY DATE | TONNAGE | PAY AMOUNT |
|----------|---------|------------|
| 1/5/2018 | 3,804.12 | $30,300.96 |
| 1/12/2018 | 4,788.01 | $43,820.08 |
| 1/19/2018 | 5,933.31 | $40,005.40 |
| 1/26/2018 | 4,271.77 | $40,300.13 |
| 2/2/2018 | 6,133.60 | $47,951.78 |
| 2/9/2018 | 5,885.58 | $47,750.57 |
| 2/16/2018 | 5,766.56 | $46,837.82 |
| 2/23/2018 | 4,950.36 | $43,602.84 |
| 3/2/2018 | 6,664.85 | $55,050.00 |
| 3/9/2018 | 6,253.83 | $49,046.54 |
| 3/16/2018 | 6,616.77 | $56,467.04 |
| 3/23/2018 | 3,957.93 | $28,427.39 |
| 3/30/2018 | 4,798.59 | $37,381.73 |
| 4/6/2018 | 5,360.35 | $45,632.84 |
| 4/13/2018 | 4,383.87 | $42,660.63 |
| 4/20/2018 | 4,294.73 | $38,568.78 |
| 4/27/2018 | 4,942.66 | $41,253.40 |
| 5/4/2018 | 4,344.97 | $32,176.46 |
| 5/11/2018 | 4,769.28 | $38,248.71 |
| 5/18/2018 | 5,184.48 | $40,234.76 |
| 5/25/2018 | 6,326.62 | $47,849.08 |
| 6/1/2018 | 5,800.41 | $46,034.54 |
| 6/8/2018 | 4,682.24 | $36,239.79 |
| 6/15/2018 | 5,309.78 | $42,611.06 |
| 6/22/2018 | 5,603.79 | $49,720.22 |
| 6/29/2018 | 4,872.80 | $42,454.15 |
| 7/6/2018 | 5,459.32 | $47,058.86 |
| 7/13/2018 | 5,162.04 | $43,308.78 |
| 7/20/2018 | 5,121.83 | $42,442.69 |
| 7/27/2018 | 4,843.56 | $44,116.31 |
| 8/3/2018 | 4,667.87 | $40,195.20 |
| 8/10/2018 | 4,588.00 | $40,429.20 |
| 8/17/2018 | 4,145.34 | $35,265.08 |
| 8/24/2018 | 5,812.95 | $43,819.55 |
| 8/31/2018 | 5,193.56 | $38,820.83 |
| 9/7/2018 | 5,191.39 | $40,041.83 |
| 9/14/2018 | 5,219.73 | 39,678.24 |
| 9/21/2018 | 5,461.84 | 41,394.70 |
| 9/28/2018 | 3,580.49 | 31,939.18 |
| 10/5/2018 | 5,418.86 | 40,444.75 |
| 10/12/2018 | 4,370.78 | 31,867.60 |

| | | |
|---|---|---|
| 10/19/2018 | 3,788.59 | 30,782.99 |
| 10/26/2018 | 3,964.97 | 35,863.03 |
| 11/2/2018 | 2,666.77 | 21,922.58 |
| 11/9/2018 | 2,056.78 | 17,250.19 |
| 11/16/2018 | 3,804.72 | 27,138.03 |
| 11/23/2018 | 1,399.21 | 11,143.63 |
| 11/30/2018 | 428.00 | 2,475.59 |
| 12/7/2018 | 2,135.35 | 9,384.44 |
| 12/14/2018 | 2,215.78 | 9,977.20 |
| 12/21/2018 | 746.87 | 3,277.16 |
| 12/28/2018 | 2,289.74 | 9,677.04 |
| **TOTAL WEEKS** | **TOTAL TONNAGE** | **TOTAL PAY AMOUNT** |
| **52** | **235,435.60** | **$1,890,341.38** |

FREIGHT FOR 2019
JANUARY 4, 2019 TRU NOVEMBER 29, 2019
RATE $.10 PER MILE/PER TON
WITHOUT WEEK DECEMBER 6, 2019 THAT THEY SAID WE DID NOT PROVIDE

| PAY DATE | TONNAGE | PAY AMOUNT |
|----------|---------|------------|
| 1/4/2019 | 3,141.18 | $17,013.35 |
| 1/11/2019 | 3,145.28 | $16,967.04 |
| 1/18/2019 | 5,416.80 | $26,659.30 |
| 1/25/2019 | 4,563.21 | $20,498.25 |
| 2/1/2019 | 5,130.41 | $30,427.07 |
| 2/8/2019 | 5,467.32 | $32,625.12 |
| 2/15/2019 | 5,192.92 | $32,932.65 |
| 2/22/2019 | 4,776.38 | $31,337.23 |
| 3/1/2019 | 3,274.73 | $22,698.83 |
| 3/8/2019 | 1,975.27 | $16,255.36 |
| 3/15/2019 | 1,753.98 | $11,418.26 |
| 3/22/2019 | 2,395.76 | $13,510.55 |
| 3/29/2019 | 2,785.31 | $16,739.92 |
| 4/5/2019 | 2,299.33 | $14,137.80 |
| 4/12/2019 | 3,252.31 | $20,439.90 |
| 4/19/2019 | 3,029.75 | $17,398.97 |
| 4/26/2019 | 2,487.80 | $14,782.83 |
| 5/3/2019 | 2,727.89 | $14,372.18 |
| 5/10/2019 | 3,049.97 | $16,202.26 |
| 5/17/2019 | 2,554.65 | $17,078.97 |
| 5/24/2019 | 2,429.28 | $17,487.40 |
| 5/31/2019 | 2,626.49 | $18,365.60 |
| 6/7/2019 | 1,408.82 | $13,252.70 |
| 6/14/2019 | 1,733.54 | $17,303.42 |
| 6/21/2019 | 3,195.58 | $27,096.42 |
| 6/28/2019 | 1,814.17 | $16,608.04 |
| 7/5/2019 | 1,972.01 | $16,095.13 |
| 7/12/2019 | 2,076.60 | $20,229.51 |
| 7/19/2019 | 2,313.56 | $19,042.82 |
| 7/26/2019 | 2,406.38 | $19,184.36 |
| 8/2/2019 | 2,072.21 | $17,897.95 |
| 8/9/2019 | 2,323.41 | $18,515.57 |
| 8/16/2019 | 1,701.65 | $13,396.93 |
| 8/23/2019 | 1,888.94 | $15,441.95 |
| 8/30/2019 | 1,787.71 | $17,282.70 |
| 9/6/2019 | 1,438.82 | $12,860.09 |
| 9/13/2019 | 1,752.40 | $16,369.47 |
| 9/20/2019 | 2,737.51 | $25,657.59 |
| 9/27/2019 | 1,803.01 | $18,048.58 |
| 10/4/2019 | 2,047.55 | $18,956.41 |

| | | |
|---|---|---|
| 10/11/2019 | 1,941.32 | $19,542.28 |
| 10/18/2019 | 2,147.52 | $22,788.82 |
| 10/25/2019 | 1,889.15 | $19,957.11 |
| 11/1/2019 | 2,073.19 | $19,766.02 |
| 11/8/2019 | 1,708.99 | $17,198.87 |
| 11/15/2019 | 1,790.39 | $20,655.67 |
| 11/22/2019 | 1,048.67 | $11,726.03 |
| 11/29/2019 | 1,532.59 | $17,187.39 |
| TOTAL WEEKS | TOTAL TONNAGE | TOTAL PAY AMOUNT |
| 48 | 124,081.71 | $911,410.67 |

WITH WEEK DECEMBER 6, 2019
MY RECORDS SHOW THAT WE DID PROVIDE THIS WEEK

| PAYDATE | TONNAGE | PAY AMOUNT |
|---|---|---|
| 12/6/2019 | 200.98 | $1,965.04 |
| TOTAL WEEKS | TOTAL TONNAGE | TOTAL PAY AMONT |
| 49 | 124,282.69 | $913,375.71 |

| TAX YEAR | WST PRODUCTS, LLC AMOUNT DEPOSITED TO DER,LLC | WST PRODUCTS, LLC FREIGHT AMOUNT OWED TO DER, LLC | AMOUNT PAID IN EXCESS |
|---|---|---|---|
| 2013 | $2,108,000.00 | $1,898,318.18 | $209,681.82 |
| 2014 | $2,479,712.00 | $2,329,787.10 | $149,924.90 |
| 2015 | $2,226,524.00 | $2,126,492.98 | $100,031.02 |
| 2016 | $2,227,000.00 | $2,173,048.69 | $53,951.31 |
| 2017 | $2,078,000.00 | $1,911,911.91 | $166,088.09 |
| 2018 | $2,008,200.00 | $1,890,341.38 | $117,858.62 |
| 2019 | $937,326.53 | $913,375.70 | $23,950.83 |
| **TOTALS** | **$14,064,762.53** | **$13,243,275.94** | **$821,486.59** |