FILED

2022 MAR 21  PM 2:51

U.S. BANKRUPTCY COURT
RICHMOND DIVISION

NB

# DIXON v. WILKERSON
## EXHIBIT B

## WST Audit Trail

# #4 Lost Audit Trail Filtered DER

Acct # 206622

| Date | Type | Note | Payee | Bank | Amount | | |
|---|---|---|---|---|---|---|---|
| 01/07/2005 13:12:33 | Check | | | | | 0.00 | |
| 01/07/2005 13:08:31 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE COUNTY CONTRACT HAULING-1099 | | | 11,030.00 |
| | | See 1-7-2005 CK# 11605 $9,521.16 recorded wrong amount | | | | | |
| 02/09/2005 11:22:01 | Admin | Deleted | | | | 0.00 | |
| 02/09/2005 10:47:30 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE COUNTY CONTRACT HAULING-1099 | | | 20,245.44 |
| | | See 2-9-2005 CK# 11860 $58,859.30 recorded FREIGHT wrong amount | | | | | |
| 03/25/2005 12:47:30 | Admin | Deleted | | | | 0.00 | |
| 03/23/2005 12:14:22 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE COUNTY CONTRACT HAULING-1099 | | | 55,047.69 |
| | | See 3-05-2005 CK# 12158 $22,000.00 recorded wrong amount | | | | | |
| 03/30/2005 15:42:42 | Admin | Deleted | | | | 0.00 | |
| 03/30/2005 15:42:12 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE COUNTY CONTRACT HAULING-1099 | | | 1,000.00 |
| | | See 3-29-2005 must have recorded twice | | | | | |
| 01/10/2007 16:43:06 | Admin | Deleted | | | | 0.00 | |
| 01/10/2007 16:43:20 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE CONTRACT HAULING-1099 THE BANK OF CHARLOTTE | | | 25,000.00 |
| | | See 10-28-2006 must have recorded twice | | | | | |
| 01/10/2007 16:49:29 | Admin | Deleted | | | | 0.00 | |
| 01/10/2007 16:43:41 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE CONTRACT HAULING-1099 THE BANK OF CHARLOTTE | | | 10,000.00 |
| | | See 10-28-2006 must have recorded twice | | | | | |
| 02/08/2007 12:49:19 | Admin | Deleted | | | | 0.00 | |
| 02/08/2007 12:43:57 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE CONTRACT HAULING-1099 THE BANK OF CHARLOTTE | | | 10,000.00 |
| | | See 2-1-2007 must have recorded twice | | | | | |
| 03/29/2007 16:17:11 | Admin | Deleted | | | | 0.00 | |
| 03/29/2007 16:15:26 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE CONTRACT HAULING-1099 THE BANK OF CHARLOTTE | | | 27,625.76 |
| | | See 3-81-2007 $27,685.76 must have recorded twice | | | | | |
| 06/02/2008 15:25:40 | Admin | Deleted | | | | 0.00 | |
| 06/02/2008 15:21:38 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE CONTRACT HAULING-1099 THE BANK OF CHARLOTTE | | | 10,000.00 |
| | | See 5-15-2008 must have recorded twice | | | | | |
| 06/02/2008 15:26:55 | Admin | Deleted | | | | 0.00 | |
| 06/02/2008 15:22:05 | Admin | Prior | D.E.R. LLC | THE BANK OF CHARLOTTE CONTRACT HAULING-1099 THE BANK OF CHARLOTTE | | | 5,000.00 |
| | | See 5-16-2008 must have recorded twice | | | | | |
| 02/24/2009 14:22:17 | Admin | Deleted | | | | 0.00 | |

| Type | Date/Time | User | Status | Date | Payee | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Check | 02/19/2009 15:34:39 | Admin | Prior | 02/18/2009 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 60,000.00 / 60,000.00 |

See 2-18-2009 must have recorded twice

| | 06/02/2010 14:54:29 | Admin | Deleted | | | | 0.00 |
| Check | 07/29/2010 18:44:47 | Admin | Prior | 07/22/2010 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 10,000.00 / 10,000.00 |

See 7-22-2010 $20,000.00 recorded wrong amount

| | 10/19/2010 12:47:08 | Admin | Deleted | | | | 0.00 |
| Check | 10/19/2010 12:29:43 | Admin | Prior | 10/01/2010 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 25,000.00 / 25,000.00 |

See 10-1-2010 must have recorded twice

| | 05/11/2011 12:52:13 | Admin | Deleted | | | | 0.00 |
| Check | 05/11/2011 12:49:55 | Admin | Prior | 05/02/2011 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 15,000.00 / 15,000.00 |

See 5-2-2011 must have recorded twice

| | 05/11/2011 12:52:26 | Admin | Deleted | | | | 0.00 |
| Check | 05/11/2011 12:50:09 | Admin | Prior | 05/03/2011 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 7,500.00 / 7,500.00 |

See 5-3-2011 must have recorded twice

| | 06/16/2011 12:53:47 | Admin | Deleted | | | | 0.00 |
| Check | 06/16/2011 12:53:30 | Admin | Prior | 06/14/2011 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 5,000.00 / 5,000.00 |

See 6-14-2011 must have recorded twice

| | 06/25/2012 10:54:52 | Admin | Deleted | | | | 0.00 |
| Check | 06/25/2012 10:49:29 | Admin | Prior | 06/05/2012 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 20,000.00 / 20,000.00 |

See 6-5-2012 must have recorded twice

| | 08/14/2012 13:17:44 | Admin | Deleted | | | | 0.00 |
| Check | 08/09/2012 13:58:03 | Admin | Prior | 08/09/2012 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 20,000.00 / 20,000.00 |

See 8-8-2012 must have recorded twice

| | 08/14/2012 13:18:14 | Admin | Deleted | | | | 0.00 |
| Check | 08/14/2012 13:13:07 | Admin | Prior | 08/06/2012 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 10,000.00 / 10,000.00 |

See 8-6-2012 must have recorded twice

| | 11/06/2012 15:46:16 | Admin | Deleted | | | | 0.00 |
| Check | 11/01/2012 15:46:46 | Admin | Prior | 11/01/2012 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 10,000.00 / 10,000.00 |

See 11-1-2012 must have recorded twice

| | 11/06/2012 15:44:39 | Admin | Deleted | | | | 0.00 |
| | 11/06/2012 15:43:11 | Admin | Prior | 10/31/2012 | D.E.R. LLC / D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING-1099 / CONTRACT HAULING-109! THE BANK OF CHARLOTTI | 10,000.00 / 10,000.00 |

See 10-31-2012 must have recorded twice

| Type | Date | User | Status | Note | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 11/21/2012 14:50:00 | Admin | Deleted | | | | 0.00 | |
| | 10/15/2012 11:29:43 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 10,000.00 |
| | 10/31/2012 | | | | D.E.R. LLC | CONTRACT HAULING-1099 THE BANK OF CHARLOTTI | 10,000.00 | |
| Check | 08/22/2013 17:25:56 | Admin | Deleted | See 11-8-2013 must have recorded twice | | | 0.00 | |
| | 08/15/2013 17:30:34 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 10,000.00 |
| | 08/12/2013 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 10,000.00 | |
| Check | 08/22/2013 17:26:34 | Admin | Deleted | See 8-12-2013 must have recorded twice | | | 0.00 | |
| | 08/22/2013 17:24:41 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 10,000.00 |
| | 08/12/2013 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 10,000.00 | |
| Check | 08/22/2013 17:28:08 | Admin | Deleted | See 8-12-2013 must have recorded twice | | | 0.00 | |
| | 08/22/2013 17:25:02 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 15,000.00 |
| | 08/13/2013 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 15,000.00 | |
| Check | 11/22/2013 12:24:00 | Admin | Deleted | | | | 0.00 | |
| | 11/15/2013 14:32:31 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 15,000.00 |
| | 11/12/2013 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 15,000.00 | |
| Check | 01/10/2014 12:07:47 | Admin | Deleted | See 11-19-2013 must have recorded twice | | | 0.00 | |
| | 01/10/2014 12:09:58 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 15,000.00 |
| | 01/02/2014 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 15,000.00 | |
| Check | 02/27/2015 10:41:45 | Admin | Deleted | See 1-2-2014 must have recorded twice | | | 0.00 | |
| | 01/23/2015 16:04:16 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 20,000.00 |
| | 01/23/2015 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 20,000.00 | |
| Check | 05/14/2015 15:48:12 | Admin | Deleted | See 1-23-2015 must have recorded twice | | | 0.00 | |
| | 05/08/2015 9:04:15 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 20,000.00 |
| | 05/08/2015 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 20,000.00 | |
| Check | 06/12/2015 14:23:59 | Admin | Deleted | See 5-8-2015 must have recorded twice | | | 0.00 | |
| | 06/12/2015 14:23:20 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 20,000.00 |
| | 06/11/2015 | | | | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 20,000.00 | |
| Check | 05/12/2017 10:57:35 | Admin | Deleted | See 6-11-2015 must have recorded twice | | | 0.00 | |
| | 05/12/2017 9:09:49 | Admin | Prior | | D.E.R. LLC | THE BANK OF CHARLOTTI CONTRACT HAULING | | 6,000.00 |
| | 05/11/2017 | | | Deposit | D.E.R. LLC | CONTRACT HAULING  THE BANK OF CHARLOTTI | 6,000.00 | |
| Check | 05/25/2017 16:45:46 | Admin | Deleted | See 5-12-2017 must have recorded twice | | | 0.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Check | 08/29/2017 15:45:09 | Admin | Prior | 08/28/2017 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 25,000.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 25,000.00 |

see 8-28-2017 must have recorded twice

| | 12/28/2017 8:11:26 | Admin | Deleted | | | | | 0.00 |
| Check | 12/28/2017 8:11:03 | Admin | Prior | 12/20/2017 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 15,000.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 15,000.00 |

see 12-20-2017 must have recorded twice

| | 02/06/2018 10:32:32 | Admin | Deleted | | | | | 0.00 |
| Check | 01/17/2018 10:54:27 | Admin | Prior | 01/17/2018 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 5,000.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 5,000.00 |

see 1-16-2018 $15,000.00 recorded wrong amount

| | 02/19/2018 11:14:57 | Admin | Deleted | | | | | 0.00 |
| | 02/19/2018 9:41:50 | Admin | Prior | 02/15/2018 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 3,300.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 3,300.00 |
| Check | 02/19/2018 9:27:04 | Admin | Prior | 02/15/2018 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 3,500.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 3,500.00 |

see 2-16-2018 $12,000.00 recorded wrong amount

| | 04/02/2018 11:45:05 | Admin | Deleted | | | | | 0.00 |
| Check | 03/27/2018 9:29:29 | Admin | Prior | 03/26/2018 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 10,000.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 10,000.00 |

(see 3-26-2018 $5,000.00)(see 3-27-2018 $5,000.00) = $10,000.00

| | 02/08/2019 12:14:58 | Admin | Deleted | | | | | 0.00 |
| Check | 02/04/2019 14:11:41 | Admin | Prior | 02/01/2019 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 2,000.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 2,000.00 |

see 2-1-2019 must have recorded twice

| | 04/29/2019 9:55:36 | Admin | Deleted | | | | | 0.00 |
| Check | 04/26/2019 9:15:11 | Admin | Prior | 04/26/2019 | D.E.R. LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 10,000.00 |
| | | | | | D.E.R. LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 10,000.00 |

see 4-26-2019 must have recorded twice

Acct #258004 starts here

| Check | 06/24/2019 9:02:19 | Admin | Deleted | | | | | 0.00 |
| | 06/24/2019 9:01:25 | Admin | Prior | 06/21/2019 | DER LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 4,000.00 |
| | | | | | DER LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 4,000.00 |

see 6-21-2019 ck #10070 must have recorded twice

| Check 10112 | | | | | | | | |
| 10112 | 06/27/2019 11:36:09 | Admin | Deleted | | | | | 0.00 |
| 10112 | 06/27/2019 11:12:56 | Admin | Prior | 06/27/2019 | DER LLC | THE BANK OF CHARLOTTI | CONTRACT HAULING | 2,000.00 |
| | | | | | DER LLC | CONTRACT HAULING | THE BANK OF CHARLOTTI | 2,000.00 |

see 6-27-2019 ck #10116 $9,000.00 recorded wrong amount

| Num | Entered/Last Modified | Last modified by | State | Date | Name | Memo | Account | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| 13365 | 02/23/2007 14:45:15 | Admin | Latest | 01/13/2006 | D.E.R. LLC | recorded wrong and had to go back and split the amount should not have | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING / LOANS TO&FROM DER LLC | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 25,755.25 / 4,242.74 | 30,000.00 |
| 13365 | 02/27/2007 15:23:09 | Admin | Prior | 01/13/2006 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 25,756.26 / 4,243.74 | 30,000.00 |
| 13365 | 01/13/2006 12:31:42 | Admin | Prior | 01/13/2006 | D.E.R. LLC | recorded whole amount to contract hauling | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 30,000.00 | |
| | 01/29/2007 14:49:42 | Admin | Latest | 01/20/2006 | D.E.R. LLC | recorded to wrong account | THE BANK OF CHARLOTTE COUNTY / LOANS TO&FROM DER LLC | LOANS TO&FROM DER LLC / THE BANK OF CHARLOTTE COUNTY | 40,000.00 | 40,000.00 |
| | 01/13/2006 15:07:05 | Admin | Prior | 01/20/2006 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 40,000.00 | 40,000.00 |
| | 02/23/2007 14:49:58 | Admin | Latest | 02/06/2006 | D.E.R. LLC | recorded wrong and had to go back and split the amount should not have | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING / LOANS TO&FROM DER LLC | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 5,556.51 / 4,443.49 | 10,000.00 |
| | 02/27/2007 13:27:27 | Admin | Prior | 02/06/2006 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 5,556.57 / 4,443.43 | 10,000.00 |
| | 02/13/2006 16:13:45 | Admin | Prior | 02/06/2006 | D.E.R. LLC | recorded whole amount to contract hauling | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 10,000.00 | 10,000.00 |
| | 02/23/2007 14:49:19 | Admin | Latest | 03/06/2006 | D.E.R. LLC | recorded wrong and had to go back and split the amount should not have recorded whole amount to contract hauling | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING / CONTRACT HAULING / CONTRACT HAULING / LOANS TO&FROM DER LLC | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 72.44 / 5,000.00 / 0.50 / 232.38 / 9,544.68 | 15,000.00 |
| | 02/27/2007 15:37:44 | Admin | Prior | 03/06/2006 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 72.44 / 5,000.00 / 0.50 / 232.38 / 8,444.68 | 15,000.00 |
| | 02/27/2007 15:32:58 | Admin | Prior | 03/04/2006 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 | THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 72.44 / 5,000.00 / 0.50 / 8,927.06 | 15,000.00 |
| | 02/27/2007 15:31:05 | Admin | Prior | 03/06/2006 | D.E.R. LLC | recorded to wrong account | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 72.44 / 5,000.00 / 9,927.56 | 15,000.00 |
| | 02/27/2007 15:28:32 | Admin | Prior | 03/03/2006 | D.E.R. LLC | whole amount to contract hauling | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 72.44 / 14,927.56 | 15,000.00 |
| | 02/27/2007 12:31:05 | Admin | Prior | 03/06/2006 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 15,000.00 | 15,000.00 |
| | 02/29/2007 14:49:58 | Admin | Latest | 05/05/2006 | D.E.R. LLC | recorded to wrong account | THE BANK OF CHARLOTTE COUNTY / LOANS TO&FROM DER LLC | LOANS TO&FROM DER LLC / THE BANK OF CHARLOTTE COUNTY | 2,500.00 | 2,500.00 |
| | 05/05/2006 14:52:06 | Admin | Prior | 05/05/2006 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 2,500.00 | 2,500.00 |
| | 02/29/2007 14:50:25 | Admin | Latest | 05/07/2006 | D.E.R. LLC | recorded to wrong account | THE BANK OF CHARLOTTE COUNTY / LOANS TO&FROM DER LLC | LOANS TO&FROM DER LLC / THE BANK OF CHARLOTTE COUNTY | 15,000.00 | 15,000.00 |

| Num | Entered/Last Modified | Last modified by | State | Date | Name | Memo | Account | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| | 02/28/2007 14:49:36 | Admin | Prior | 06/07/2006 | D.E.R. LLC / D.E.R. LLC / D.E.R. LLC | *recorded wrong and had to go back and split the amount should not have recorded whole amount to contract hauling* | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 / LOAN-DER LLC GENERAL | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 12,500.00 / 2,500.00 | 15,000.00 |
| | 02/27/2007 15:35:50 | Admin | Prior | 06/07/2006 | D.E.R. LLC / D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 / CONTRACT HAULING-1099 | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 12,500.00 / 2,500.00 | 15,000.00 |
| | 08/11/2006 18:19:40 | Admin | Prior | 06/07/2006 | D.E.R. LLC / D.E.R. LLC | | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 15,000.00 | 15,000.00 |
| | 02/28/2007 14:50:48 | Admin | Latest | 06/08/2006 | D.E.R. LLC / D.E.R. LLC | *recorded to wrong acct* | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM DER LLC | LOANS TO/FROM DER LLC / THE BANK OF CHARLOTTE COUNTY | 4,000.00 | 4,000.00 |
| | 08/11/2006 18:20:19 | Admin | Prior | 06/08/2006 | D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 4,000.00 | 4,000.00 |
| | 02/28/2007 14:51:25 | Admin | Latest | 06/14/2006 | D.E.R. LLC / D.E.R. LLC / D.E.R. LLC | *recorded wrong and had to go back and split the amount should not have recorded whole amount to contract hauling* | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM DER LLC / CONTRACT HAULING | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 18,433.34 / 1,566.66 | 20,000.00 |
| | 08/11/2006 18:21:04 | Admin | Prior | 06/14/2006 | D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 20,000.00 | 20,000.00 |
| | 05/03/2010 13:40:31 | Admin | Latest | 04/21/2010 | D.E.R. LLC / D.E.R. LLC | *recorded to wrong account* | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING | CONTRACT HAULING / THE BANK OF CHARLOTTE COUNTY | 30,000.00 | 30,000.00 |
| | 05/03/2010 13:36:53 | Admin | Prior | 04/21/2010 | LEWIS E. WILKERSON, JR. (LEWIS E. WILKERSON, JR. (MEMBER)) / LEWIS E. WILKERSON, JR. (LEWIS E. WILKERSON, JR. (MEMBER)) | | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM LEWIS WILKERSON | LOANS TO/FROM LEWIS WILKERSON / THE BANK OF CHARLOTTE COUNTY | 30,000.00 | 30,000.00 |
| | 03/30/2012 10:34:60 | Admin | Latest | 08/27/2012 | D.E.R. LLC / D.E.R. LLC | *recorded to wrong account* | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM DER LLC | LOANS TO/FROM DER LLC / THE BANK OF CHARLOTTE COUNTY | 45,000.00 | 45,000.00 |
| | 03/28/2012 9:29:14 | Admin | Prior | 08/27/2012 | D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING-1099 | CONTRACT HAULING-1099 / THE BANK OF CHARLOTTE COUNTY | 45,000.00 | 45,000.00 |
| | 11/29/2016 8:40:59 | Admin | Latest | 11/23/2016 | D.E.R. LLC / D.E.R. LLC | *recorded to wrong account* | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING | CONTRACT HAULING / THE BANK OF CHARLOTTE COUNTY | 15,000.00 | 15,000.00 |
| | 11/29/2016 8:40:45 | Admin | Prior | 11/23/2016 | D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM LEWIS WILKERSON | LOANS TO/FROM LEWIS WILKERSON / THE BANK OF CHARLOTTE COUNTY | 15,000.00 | 15,000.00 |
| | 11/29/2016 8:40:21 | Admin | Prior | 11/23/2016 | LEWIS E. WILKERSON, JR. (LEWIS E. WILKERSON, JR. (MEMBER)) / LEWIS E. WILKERSON, JR. (LEWIS E. WILKERSON, JR. (MEMBER)) | | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM LEWIS WILKERSON | LOANS TO/FROM LEWIS WILKERSON / THE BANK OF CHARLOTTE COUNTY | 15,000.00 | 15,000.00 |
| | 09/03/2018 13:01:03 | Admin | Latest | 05/19/2017 | D.E.R. LLC / D.E.R. LLC / D.E.R. LLC | *recorded wrong had to split amount should not have recorded whole amount to contract hauling* | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM DER LLC / CONTRACT HAULING | -SPLIT- / THE BANK OF CHARLOTTE COUNTY / THE BANK OF CHARLOTTE COUNTY | 6,000.00 / 4,000.00 | 10,000.00 |
| | 05/22/2017 15:57:32 | Admin | Prior | 05/19/2017 | D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING | CONTRACT HAULING / THE BANK OF CHARLOTTE COUNTY | 10,000.00 | 10,000.00 |
| | 03/11/2018 10:30:27 | Admin | Latest | 01/19/2018 | D.E.R. LLC / D.E.R. LLC | *recorded to wrong acct* | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM DER LLC | LOANS TO/FROM DER LLC / THE BANK OF CHARLOTTE COUNTY | 3,000.00 | 3,000.00 |
| | 01/19/2018 10:25:20 | Admin | Prior | 01/19/2018 | D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING | CONTRACT HAULING / THE BANK OF CHARLOTTE COUNTY | 3,000.00 | 3,000.00 |
| | 03/11/2018 10:32:35 | Admin | Latest | 02/22/2018 | D.E.R. LLC / D.E.R. LLC | *recorded to wrong acct* | THE BANK OF CHARLOTTE COUNTY / LOANS TO/FROM DER LLC | LOANS TO/FROM DER LLC / THE BANK OF CHARLOTTE COUNTY | 5,000.00 | 5,000.00 |
| | 02/22/2018 10:34:43 | Admin | Prior | 02/22/2018 | D.E.R. LLC / D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY / CONTRACT HAULING | CONTRACT HAULING / THE BANK OF CHARLOTTE COUNTY | 5,000.00 | 5,000.00 |

Case 21-03008-KLP   Doc 42-2   Filed 03/21/22   Entered 03/21/22 17:08:30   Desc
Exhibit B   Page 8 of 9

Case 21-03008-KLP   Doc 29-4   Filed 01/08/22   Entered 01/08/22 00:10:52   Desc
Exhibit(s) Motion Exhibit D - Exhibit c to August 6 2021 Expert Witness Report   Page 31 of 35

| Num | Entered/Last Modified | Last modified by | State | Date | Name | Memo | Account | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09/18/2018 10:33:56 | Admin | Latest | 04/18/2018 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY | LOANS TO/FROM DER LLC | | 30,000.00 |
| | | | | | D.E.R. LLC | | LOANS TO/FROM DER LLC | THE BANK OF CHARLOTTE COUNTY | 30,000.00 | |
| | 04/16/2018 15:25:52 | Admin | Prior | 04/16/2018 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING | | 30,000.00 |
| | | | | | D.E.R. LLC | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 30,000.00 | |

Check
Example sent by Kelly Driver

| | 09/11/2018 10:37:00 | Admin | Latest | 06/19/2018 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY | -SPLIT- | | 15,000.00 |
| | | | | | D.E.R. LLC | | LOANS TO/FROM DER LLC | THE BANK OF CHARLOTTE COUNTY | 13,800.00 | |
| | | | | | D.E.R. LLC | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 1,200.00 | |
| | 06/20/2018 15:09:44 | Admin | Prior | 06/19/2018 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING | | 15,000.00 |
| | | | | | D.E.R. LLC | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 15,000.00 | |
| | 06/20/2018 14:21:24 | Admin | Prior | 06/19/2018 | D.E.R. LLC | | THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING | | 1,500.00 |
| | | | | | D.E.R. LLC | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 1,500.00 | |

Handwritten annotations:
- "recorded to wrong acct"
- "recorded as $1500.00 should have been $15,000.00 recorded whole amount to contract hauling had to go back and split amount"

Check 10141

| 10141 | 07/17/2019 8:42:14 | Admin | Latest | 07/12/2019 | LEWIS E. WILKERSON, JR. | | THE BANK OF CHARLOTTE COUNTY | LOANS TO AND FROM LEWIS E. WILK | | 10,000.00 |
| | | | | | LEWIS E. WILKERSON, JR. | | LOANS TO AND FROM LEWIS E. WILK | THE BANK OF CHARLOTTE COUNTY | 10,000.00 | |
| 10142 | 07/15/2019 12:52:59 | Admin | Prior | 07/12/2019 | LEWIS E. WILKERSON, JR. | | THE BANK OF CHARLOTTE COUNTY | LOANS TO AND FROM LEWIS E. WILK | | 10,000.00 |
| | | | | | LEWIS E. WILKERSON, JR. | | LOANS TO AND FROM LEWIS E. WILK | THE BANK OF CHARLOTTE COUNTY | 10,000.00 | |
| 10142 | 07/15/2019 9:45:08 | Admin | Prior | 07/12/2019 | LEWIS E. WILKERSON, JR. | | THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING | | 10,000.00 |
| | | | | | LEWIS E. WILKERSON, JR. | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 10,000.00 | |
| 10142 | 07/15/2019 9:42:21 | Admin | Prior | 07/12/2019 | DER LLC | | THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING | | 10,000.00 |
| | | | | | DER LLC | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 10,000.00 | |
| | 07/15/2019 9:16:09 | Admin | Prior | 07/12/2019 | DER LLC | | THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING | | 10,000.00 |
| | | | | | DER LLC | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 10,000.00 | |

Handwritten: "recorded to wrong acct and wrong vendor"

Check 10143

| 10143 | 07/15/2019 12:52:11 | Admin | Latest | 07/12/2019 | DER LLC | | THE BANK OF CHARLOTTE COUNTY | CONTRACT HAULING | | 23,000.00 |
| | | | | | DER LLC | | CONTRACT HAULING | THE BANK OF CHARLOTTE COUNTY | 23,000.00 | |
| 10143 | 07/15/2019 9:47:28 | Admin | Prior | 07/12/2019 | DER LLC | | THE BANK OF CHARLOTTE COUNTY | LOANS TO AND FROM LEWIS E. WILK | | 23,000.00 |
| | | | | | DER LLC | | LOANS TO AND FROM LEWIS E. WILK | THE BANK OF CHARLOTTE COUNTY | 23,000.00 | |
| 10143 | 07/15/2019 9:42:00 | Admin | Prior | 07/12/2019 | LEWIS E. WILKERSON, JR. | | THE BANK OF CHARLOTTE COUNTY | LOANS TO AND FROM LEWIS E. WILK | | 23,000.00 |
| | | | | | LEWIS E. WILKERSON, JR. | | LOANS TO AND FROM LEWIS E. WILK | THE BANK OF CHARLOTTE COUNTY | 23,000.00 | |
| | 07/15/2019 9:16:15 | Admin | Prior | 07/12/2019 | LEWIS E. WILKERSON, JR. | | THE BANK OF CHARLOTTE COUNTY | LOANS TO AND FROM LEWIS E. WILK | | 23,000.00 |
| | | | | | LEWIS E. WILKERSON, JR. | | LOANS TO AND FROM LEWIS E. WILK | THE BANK OF CHARLOTTE COUNTY | 23,000.00 | |

Handwritten: "recorded to wrong acct and wrong vendor"

Changes made to loans during 2018 summary per WST:

| | | Was: | DR | CR |
|---|---|---|---|---|
| 1 | 01/19/2018 10:25:20 | Contract Hauling | 3,000.00 | |
| 2 | 02/22/2018 10:34:43 | Contract Hauling | 5,000.00 | |
| 3 | 04/16/2018 15:25:52 | Contract Hauling | 30,000.00 | |
| 4 | 06/20/2018 15:09:44 | Contract Hauling | 13,800.00 | |
| | | | 51,800.00 | |

Changed to:

| 1 | 09/11/2018 10:30:27 | Loans to&from DER | 3,000.00 | |
| 2 | 09/11/2018 10:32:36 | Loans to&from DER | 5,000.00 | |
| 3 | 09/11/2018 10:33:56 | Loans to&from DER | 30,000.00 | |
| 4 | 09/11/2018 10:37:00 | Loans to&from DER | 13,800.00 | |
| | | | 51,800.00 | |

51,800.00 Changed from contract hauling expense to Loans to/from DER expense account. Loans to/from DER are zeroed out against bank account (deposits) in 2018. This agrees to activity listed in DER QB files for A/C Loans to/from WST Products. I can see these transactions on Audit trail report per DER QB, but it does not show me the "prior" entry, why?

DER balance sheet at 12/31/17, 2018, and 2019 shows DER owes WST $71,434.75. WST shows no asset amount due to WST from DER at 12/31/17, 2018, or 2019.

How do we verify balance for this? WST A/C Loans to/from Lewis Wilkerson. "WST paid to Wilkerson 2012-2019" agrees with WST QB file payments. 2019 dates at the top of this spreadsheet are from new WST file (includes some 2019 info). 2019 payment dates at top agree to new QB file for WST.
12/31/19: $10,325 (credit balance in a liability account based) on new WST file OR $33,175 (credit balance in an expense account) on old WST file.
12/31/18: $103,000 (debit balance in expense account)

How do we verify balance for this? DER "loans to/from Wilkerson" account has a debit balance (debit balance in a liability account)
12/31/19: $1,604,231.50
12/31/18: $1,413,810

Highlighted transaction above on 9/3/18 does not appear on audit trail report for WST?

Changes made to loans during 2019 summary:

Case 21-03008-KLP  Doc 42-2  Filed 03/21/22  Entered 03/21/22 17:08:30  Desc
Exhibit(s) Motion Exhibit D - Exhibit c to August 6 2021 Expert Witness Report   Page 32 of 35

Case 21-03008-KLP  Doc 29-4  Filed 01/08/22  Entered 01/08/22 00:10:52  Desc
Exhibit B  Page 9 of 9

| Num | Name | Memo | Account | Split | Debit | Credit | Entered/Last Modified DR | Last modified by | State | Date | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Was: | | | | | | | | | | |
| 1 | 07/15/2019 9:42:21 Contract Hauling | | | | | | 10,000.00 | CR | | | |
| 2 | 07/15/2019 9:47:28 Loan to&from Lewis E | | | | | | 23,000.00 | | | | |
| | Changed to: | | | | | | | | | | |
| 1 | 07/15/2019 12:52:53 Loan to&from Lewis E | | | | | | 10,000.00 | | | | |
| 2 | 07/15/2019 12:52:11 Contract Hauling | | | | | | 23,000.00 | | | | |



recorded wrong

From audit trail report of new file (w/ 2019 activity).